April 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CAROLYN J. PROMISEL, Appellant

NO. 14-12-00009-CV            V.

EQUITABLE ASCENT FINANCIAL F/K/A HILCO RECEIVABLES, L.L.C., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 15, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by CAROLYN J. PROMISEL.

We further order this decision certified below for observance.